UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REDENTOR C. CASTRENCE,<br><br>        Plaintiff,<br><br>   vs.<br><br>JOHN DOE, et al,<br><br>        Defendants.<br>_____/ | 1:12-cv-02075-MJS (PC)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF REGULAR CIVIL IFP APPLICATION AND REQUIRING PLAINTIFF TO FILE REGULAR CIVIL IFP APPLICATION OR PAY FILING FEE IN FULL WITHIN THIRTY DAYS |

Plaintiff Redentor C. Castrence ("Plaintiff") is a former state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed a motion seeking leave to proceed in forma pauperis by a prisoner on December 26, 2012. In light of the fact that Plaintiff is no longer in custody, it is HEREBY ORDERED that:

1. The Clerk's Office shall send Plaintiff a regular civil in forma pauperis application;

2. Within **thirty (30) days** from the date of service of this order, Plaintiff shall either file a completed regular civil in forma pauperis application or pay the $350.00 filing fee in full; and

///
///
///
///

3. **Failure to obey this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   February 13, 2013              /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE