# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REDENTOR C. CASTRENCE,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN DOE, et al.,<br><br>    Defendants.<br>_____/ | 1:12-cv-2075-MJS (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO UPDATE HIS ADDRESS<br><br>(ECF No. 6) |

Plaintiff Redentor C. Castrence ("Plaintiff") is a former state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

This action was initiated on December 26, 2012. (ECF No. 1.) On January 28, 2013, Plaintiff filed a motion with the Court requesting that mailings in this matter be sent to an individual who is not an attorney but who is acting as Plaintiff's legal advisor. (ECF No. 6.)

Pursuant to Local Rule 183, pro se parties are required to keep the Court appraised of their current addresses. Parties representing themselves "must appear personally or by courtesy appearance by an attorney admitted to the Bar of this Court and may not delegate that duty to any other individual, including husband or wife, or any other party on the same side appearing without an attorney." Local Rule 183(a). This rule precludes

1 Plaintiff having his mail sent to another individual as requested.

2 Accordingly, Plaintiff's motion requesting that the address on file with the Court be
3 changed to the address of an individual who is not an attorney is DENIED.

5 IT IS SO ORDERED.

6 Dated:   February 13, 2013            /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE