UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REDENTOR C. CASTRENCE,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN DOE, et al.,<br><br>    Defendants.<br>_____/ | 1:12-cv-2075-MJS (PC)<br><br>ORDER PARTIALLY GRANTING PLAINTIFF'S MOTION FOR A CASE NUMBER AND TO UPDATE HIS ADDRESS<br><br>(ECF No. 4) |

Plaintiff Redentor C. Castrence ("Plaintiff") is a former state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

This action was initiated on December 26, 2012. (ECF No. 1.) On January 11, 2013, Plaintiff filed a motion with the Court requesting that he be provided with the case number assigned to this action and asking that an additional address be shown as his address of record. (ECF No. 4.) Apparently Plaintiff wants to have two addresses on file with the Court in this matter.

Local Rule 183 requires pro se parties to keep the Court appraised of their current addresses. It does not provide for, nor allow, more than one current address or allow anyone other than an attorney of record to receive Court documents for Plaintiff.

-1-

Accordingly, the Court ORDERS that:

1. Plaintiff's motion filed on January 11, 2013 is partially granted;
2. Plaintiff's request to be provided with his case number is granted;
3. Plaintiff is hereby notified that his case number is 1:12-cv-2075-MJS;
4. Plaintiff's request to have two addresses on file with the court is denied;
5. The Clerk's Office shall send a copy of the new case documents with the assigned case number to both Plaintiff's address currently on file with the Court and the additional address listed in Plaintiff's motion (ECF No. 4);
6. Within fourteen (14) days of service of this order, Plaintiff must notify the Court of which address is his actual, personal mailing address to which all court mail shall be sent; and
7. If Plaintiff fails to notify the Court of which address he wishes to use in this action in compliance with this order, this action will be dismissed, without prejudice, for failure to obey a court order.

IT IS SO ORDERED.

Dated:   February 26, 2013                    /s/ *Michael J. Seng*
                                              UNITED STATES MAGISTRATE JUDGE